# EXHIBIT A





# EXHIBIT B

ery

ery

ery

ery

ery

ery

ery

ery

ery

















Creative Combination Pizzas

Lodi Deluxe Pizza

Veggie Pizza

Mediterra Pizza

Hawaiian Pizza

Italian Red Pizza

Craft Pizzas

Coastal Calamari Pizza

Chicken Feta Pizza

Buffalo Chicken - 14 Inch

The Veg In Pizza







Entrees

Calamari and Chips                          Four Cheese Ravioli

Eggplant Parmesan Seasonal Ravioli          Lobi Lasagne

Chicken Parmesan                            Spaghetti

Chicken & Broccoli Fettuccini Alfredo       Fettuccini Alfredo

Eggplant a La Gretzoya Seasonal Ravioli



# EXHIBIT C

 McNamee Hosea

mhlawyers.com

QUN WANG, ESQUIRE
Admitted in MD, DC and NY

QWang@mhlawyers.com
Direct Dial: Ext. 245

April 5, 2018

**Via Certified and First-Class U.S. Mail**
POSTMATES INC.
Attn: BASTIAN LEHMANN (CEO)
425 MARKET STREET, 8TH FLOOR
SAN FRANCISCO, CA 94105

Re:   Ledo Pizza System, Inc.
      *Trademark Infringement*
      Our File No.:10361-0106

Dear Mr. Lehmann,

This office represents Ledo Pizza System, Inc. and Ledo Pizza Carryouts, Ltd. t/a Ledo® Pizza (together "Ledo® Pizza") with reference to Ledo® Pizza's state and federally registered trademarks, Ledo® Pizza. Ledo® Pizza is the owner of the trademark/service mark, Ledo® Pizza, which it has been in continual use since 1955, and was federally registered with the United States Patent and Trademark Office Principal Register on December 13, 1988 (Reg. No. 1,516,567) and on May 6, 2003 (Reg. No. 2712869). Ledo and its and its franchisees and licensees currently operate restaurants in Maryland, Virginia and elsewhere. By virtue of its use of the Marks, Ledo® Pizza owns the marks "Ledo®," "Ledo® Pizza," and all derivative marks. This letter is written in regards to your unauthorized use of the "Ledo® Pizza" trademark

It has come to our attention that you are using the Marks to conduct web based advertising or otherwise using the Marks without the permission of Ledo Pizza and in violation of applicable Federal and State trademark law including with respect to the website: www.postmates.com, including https://postmates.com/merchant/ledo-pizza-washington-dc. The unauthorized use of the Marks on your website constitutes infringement of the "LEDO® PIZZA" trademark under federal and state law and implies that Ledo® Pizza has endorsed, sponsored or otherwise approved your company to provide services with respect to Ledo® Pizza products. These actions cause confusion as to the origin and sponsorship of your services. This type of confusion undermines the good will and loyal patronage that Ledo Pizza has cultivated and forms the basis for relief under federal and state trademark law.

POSTMATES INC.
April 5, 2018
Page 2 of 2

   This letter serves as formal notice that you are in violation of Ledo's state and federally protected trademark and other legal rights. <u>**You are required to immediately remove all references to tho Marks from your website and to provide written verification to this office within ten (10) days that you have done so**</u>. Ledo is currently assessing the extent of damages and losses incurred as a result of your actions and, if your actions do not cease immediately, will file suit against you for damages prescribed by the Lanham Act. Under Section 1125(a) of the Lanham Act such damages may include your company's profits; any damages sustained by the plaintiff; and the costs of the action, including attorney's fees. The Lanham Act also provides that the award of actual damages may be trebled.

   Thank you for your prompt attention to this matter.

         Sincerely,

         Qun Wang. Esq.

cc:  James B. Beall, President
   LEDO PIZZA SYSTEM, INC.
   Garth E. Beall, Esq.

# EXHIBIT D

 McNamee Hosea

mhlawyers.com

BRENT M. AHALT, PRINCIPAL

bahalt@mhlawyers.com
Direct Dial: Ext. 218

April 25, 2018

**Via Certified and First-Class U.S. Mail**
Postmates, Inc.
Attn: Bastian Lehmann, Chief Executive Officer
425 Market Street, 8ᵗʰ Floor
San Francisco, CA 94105

> *Re:    Ledo Pizza System, Inc.*
> ***Trademark Infringement, Second Notice***
> *Our File No. 10361-0106*

Dear Mr. Lehmann:

As you are aware, this firm represents Ledo Pizza System, Inc. and Ledo Pizza Carryouts, Ltd. (together "Ledo® Pizza"). On April 5, 2018, we sent a letter to you concerning Postmates, Inc.'s infringement of Ledo® Pizza's federally registered trademarks (the "Marks"). A copy of that letter is attached for your reference.

Unfortunately, you did not respond to that letter and, as of this writing, it appears that you are still infringing upon the Marks. The Marks still appear on your website without authorization from Ledo® Pizza. Thus, it is apparent that your infringing conduct is intentional and it is causing damage to Ledo® Pizza. If we do not receive written communication from you within five days verifying that you have removed the Marks from your website and will not otherwise use the Marks, we will file suit against you and seek damages as prescribed by the Lanham Act which may include your company's profits; any damages sustained by Ledo® Pizza; and the costs of the action, including attorney's fees.

Please respond promptly to this Second Notice. No further notice will be provided.

Sincerely,

Brent M. Ahalt

Enclosure

 McNamee Hosea

mh-lawyers.com

QUN WANG, ESQUIRE
Admitted in MD, DC and NY

QWang@mhlawyers.com
Direct Dial: Ext. 245

April 5, 2018

**Via Certified and First-Class U.S. Mail**
POSTMATES INC.
Attn: BASTIAN LEHMANN (CEO)
425 MARKET STREET, 8TH FLOOR
SAN FRANCISCO, CA 94105

Re:    *Ledo Pizza System, Inc.*
       ***Trademark Infringement***
       *Our File No.:10361-0106*

Dear Mr. Lehmann,

This office represents Ledo Pizza System, Inc. and Ledo Pizza Carryouts, Ltd. t/a Ledo® Pizza (together "Ledo® Pizza") with reference to Ledo® Pizza's state and federally registered trademarks, Ledo® Pizza.  Ledo® Pizza is the owner of the trademark/service mark, Ledo® Pizza, which it has been in continual use since 1955; and was federally registered with the United States Patent and Trademark Office Principal Register on December 13, 1988 (Reg. No. 1,516,567) and on May 6, 2003 (Reg. No. 2712869). Ledo and its and its franchisees and licensees currently operate restaurants in Maryland, Virginia and elsewhere.  By virtue of its use of the Marks, Ledo® Pizza owns the marks "Ledo®," "Ledo® Pizza," and all derivative marks.  This letter is written in regards to your unauthorized use of the "Ledo® Pizza" trademark.

It has come to our attention that you are using the Marks to conduct web based advertising or otherwise using the Marks without the permission of Ledo Pizza and in violation of applicable Federal and State trademark law including with respect to the website: www.postmates.com, including https://postmates.com/merchant/ledo-pizza-washington-dc.  The unauthorized use of the Marks on your website constitutes infringement of the "LEDO® PIZZA" trademark under federal and state law and implies that Ledo® Pizza has endorsed, sponsored or otherwise approved your company to provide services with respect to Ledo® Pizza products. These actions cause confusion as to the origin and sponsorship of your services.  This type of confusion undermines the good will and loyal patronage that Ledo Pizza has cultivated and forms the basis for relief under federal and state trademark law.

POSTMATES INC.
April 5, 2018
Page 2 of 2

This letter serves as formal notice that you are in violation of Ledo's state and federally protected trademark and other legal rights. **You are required to immediately remove all references to the Marks from your website and to provide written verification to this office within ten (10) days that you have done so.** Ledo is currently assessing the extent of damages and losses incurred as a result of your actions and, if your actions do not cease immediately, will file suit against you for damages prescribed by the Lanham Act. Under Section 1125(a) of the Lanham Act such damages may include your company's profits; any damages sustained by the plaintiff; and the costs of the action, including attorney's fees. The Lanham Act also provides that the award of actual damages may be trebled.

Thank you for your prompt attention to this matter.

Sincerely,

Qun Wang, Esq.

cc:   James B. Beall, President
      LEDO PIZZA SYSTEM, INC.
      Garth E. Beall, Esq.